# UNITED STATED DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TARYN CONLEY,** ) <br> **Plaintiff** ) <br> ) <br> **v.** ) <br> ) <br> **BRIAN BARDEN,** ) <br> **SUFFOLK COUNTY SHERIFF'S** ) <br> **DEPARTMENT, STEVEN** ) <br> **TOMPKINS, YOLANDA SMITH,** ) <br> **LISA ENOS, JANE DOE 1,** ) <br> **JANE DOE 2 AND JOHN DOE 1,** ) <br> **Defendants** ) | **CIVIL ACTION NO: 20-CV-12196-JCB** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED CLERK:

Please accept this notice of appearance by Attorney Maria F. Romero as counsel for Defendants Suffolk County Sheriff's Department, Suffolk County Sheriff Steve W. Tompkins, Superintendent Yolanda and Smith, and Lisa Enos.

                         Respectfully Submitted
                         For Defendants,
                         Suffolk County Sheriff's Department,
                         Suffolk County Sheriff Steve W. Tompkins,
                         Superintendent Yolanda Smith, and
                         Lisa Enos,
                         By Their Attorney,

                         MAURA HEALEY
                         Allen H. Forbes
                         Special Assistant Attorney General

                         __/s/ Maria Romero
                         Maria Romero
                         Assistant General Counsel
                         BBO No. 561976
                         Suffolk County Sheriff's Department
                         200 Nashua Street

Boston, MA  02114  
(617) 704-6684  
(mromero@scsdma.org)  
Dated:  February 5, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

  /s/ Maria  F. Romero   
Maria F. Romero